264

**D. H. REYNOLDS, Appellant, v. UNITED STATES of America.**

No. 14777.

United States Court of Appeals Eighth Circuit.

Sept. 9, 1953.

Arthur Kreisman, St. Louis, Mo., for appellant.

Warren E. Burger, Asst. Atty. Gen., Edward H. Hickey, Washington, D. C., Chief, General Litigation Section, U. S. Dept. of Justice, and George Arthur Fruit, Atty., Dept. of Justice, for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellee.

---

**NORTHERN NATURAL GAS COMPANY, Petitioner, v. FEDERAL POWER COMMISSION.**

No. 14550.

United States Court of Appeals Eighth Circuit.

Sept. 4, 1953.

Lawrence I. Shaw, F. Vinson Roach and Dale Te Kolste, Omaha, Neb., for petitioner.

Willard W. Gatchell, General Counsel, Federal Power Commission, Bernard A. Foster, Jr., and Robert L. Russell, Attys., Federal Power Commission, Washington, D. C., for respondent Federal Power Commission.

George C. Pardee, G. H. Seig and Harry H. Foulks, Jr., Omaha, Neb., for respondent Metropolitan Utilities Dist. of Omaha.

PER CURIAM.

Petition for review of order of Federal Power Commission dismissed, on stipulation of parties.

**Michael Joseph WALSH, also known as William A. Haley, Appellant, v. UNITED STATES of America.**

No. 14770.

United States Court of Appeals Eighth Circuit.

Sept. 17, 1953.

Connolly, O'Malley & McNutt, Des Moines, Iowa, for appellant.

R. L. Stephenson, U. S. Atty., Des Moines, Iowa, for appellee.

PER CURIAM.

Appeal from District Court dismissed with prejudice, on dismissal of appeal filed by appellant.